# Exhibit A



ACMS Public Access: Case Document List



Page: 1

**END OF LIST**

```
VENUE    : ESSEX         COURT : LAW CVL     DOCKET #: L   001421  14
CASE TITLE : GOLDBERG VS HEALTHPORT TECHNOLOGIES LLC
```

| SEL | DATE FILED | | | DOC NUM | DOCUMENT TYPE | NON CONF | FILING/TARGET PARTY NAME | ATTORNEY NAME | MUL PTY | DOC STA |
|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 03 | 04 | 2014 | 001 | COMP JRY DEMAND | | GOLDBERG | CHASE KURSHA | | Y |
| ○ | 03 | 13 | 2014 | 002 | COMP AMENDED | | GOLDBERG | CHASE KURSHA | | Y |
| ○ | 04 | 10 | 2014 | 003 | PRF SERVC | | KIMBALL MEDI | ATTY REQUIRE | | N |
| ○ | 04 | 10 | 2014 | 004 | PRF SERVC | | HEALTHPORT T | ATTY REQUIRE | | N |
| ○ | 04 | 10 | 2014 | 005 | PRF SERVC | | COMMUNITY ME | ATTY REQUIRE | | N |
| ○ | 04 | 10 | 2014 | 006 | PRF SERVC | | BARNABAS HEA | ATTY REQUIRE | | N |
| ○ | 04 | 10 | 2014 | 007 | PRF SERVC | | OCEAN MEDICA | ATTY REQUIRE | | N |
| ○ | 04 | 10 | 2014 | 008 | PRF SERVC | | JERSEY SHORE | ATTY REQUIRE | | N |
| ○ | 04 | 10 | 2014 | 009 | PRF SERVC | | MERIDIAN HEA | ATTY REQUIRE | | N |

Screen ID:CVM1023 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: ZQZ63J Case Count: 1
BUILD 2012.1.0.02.08 Timer Count down: 282

